LAW OFFICES OF RAHUL WANCHOO
Attorneys for Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (646) 593-8866
Fax:    (212) 618-0213
E-mail: rwanchoo@wanchoolaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DALIAN GOLDEN WISE SHIPPING CO. LTD.

                Plaintiff,

      - against -

SEA HONEST LTD.

                Defendant.

------------------------------------------------------------X

ECF CASE

08 CV 8767 (DLC)

## ORDER DIRECTING AMERICAN EXPRESS BANK TO PAY ATTACHED FUNDS INTO THE REGISTRY OF THE DISTRICT COURT

    WHEREAS, American Express Bank ("AEB"), pursuant to a process of maritime attachment and garnishment issued pursuant to Rule B in the above-captioned matter, is a garnishee of assets in the form of an electronic funds transfer in the amount of $14,000.00 (the "Attached Funds") of Defendant, Sea Honest Ltd. ("Defendant"); and

    WHEREAS, this Court by its Order dated April 20, 2009 ordered that the Plaintiff shall arrange for the attached assets to be moved into the Registry of the Court;

    AND WHEREAS, no counsel has entered an appearance for Defendant;

2

**IT IS HEREBY ORDERED** that, pursuant to Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, AEB shall pay the Attached Funds into the registry of the Court, and AEB shall have discharged its obligations as garnishee in this action upon making such payment of the Attached Funds into the registry of the Court,

Dated: New York, New York
May 29, 2009

LAW OFFICES OF RAHUL WANCHOO
Attorneys for Plaintiff
Dalian Goldenwise Shipping Co. Ltd.

*Rahul Wanchoo*
Rahul Wanchoo, Esq.

**So Ordered**

*Denise Cote*
Hon. Denise L. Cote
United States District Judge

May 29, 2009

2